## POSTON v. STATE.

### No. 26659.

Court of Criminal Appeals of Texas.

Dec. 2, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the unlawful possession of whisky for the purpose of sale in a dry area. The punishment assessed is a fine of $250.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is therefore affirmed.